Crawford State Savings Bank, plaintiff in error, v. Royal Indemnity Company, defendant in error. Gen. No. 8,078.

Opinion filed January 25, 1930.

Edwin D. Lawlor and Ralph F. Potter, for plaintiff in error. Lawrence McNerney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

Board of Trustees of John Stuart Ryburn Memorial Hospital of Ottawa, Illinois, appellees, v. Bree S. Kelly, appellant. Gen. No. 8,084.

Opinion filed January 25, 1930.

George V. B. Weeks and Richolson, Armstrong & O'Meara, for appellant. T. E. White, for appellees.

Mr. Justice Jett delivered the opinion of the court.

THIRD DISTRICT.

Ora Gridley, appellee, v. John H. Wood et al., American State Bank et al., appellants. Gen. No. 8,261.

Opinion filed January 24, 1929. Rehearing denied January 10, 1930.

Sigmund Livingston, for appellants. A. E. & R. C. De Mange, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

J. N. Moore and Sylvia Moore, trading as Moore Adjustment Company, plaintiffs in error, v. Charles C. Claar, defendant in error. Gen. No. 8,310.

Opinion filed October 23, 1929.

J. N. Moore and Jinkins & Jinkins, for plaintiffs in error. J. R. Dean, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.